# Third District Court of Appeal

## State of Florida

Opinion filed June 7, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1748
Lower Tribunal No. 20-17556

_____

**Gisselle Manzzo,**
Appellant,

vs.

**Deutsche Bank National Trust Company, etc., et al.,**
Appellees.

An Appeal from non-final orders from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Gisselle Manzzo, in proper person.

Bitman O'Brien & Morat, PLLC, and Allison Morat (Lake Mary); The Griffith Law Firm, P.A., and Derek R. Griffith , for appellees.

Before EMAS, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.